IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>ADRIAN A. GARCIA-MARIN,<br><br>        Defendant. | **4:22CR3059**<br><br>**ORDER** |

After conferring with counsel, the government and Defendant are discussion and considering the terms of any plea agreement for this case.

Accordingly,

IT IS ORDERED:

1) A status conference will be held before the undersigned magistrate judge at 11:00 a.m. on May 3, 2023 by telephone. All participants shall use the conferencing information provided by the court, (see Filing No. 23), to participate in the call. Counsel for the parties shall be present at the conference.

2) The court finds that the time between today's date and May 3, 2023 is excluded under the Speedy Trial Act because although counsel have been diligent, additional time is needed to adequately review this case and possibilities for resolution, and failing to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(A) & (B). Failing to timely object to this order as provided under this court's local rules will be deemed a waiver of any right to later claim the time should not have been excluded under the Speedy Trial Act.

February 1, 2023.

BY THE COURT:
*s/ Cheryl R. Zwart*
United States Magistrate Judge